WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
8773 W. Sunset Rd., Suite 220
Las Vegas, Nevada 89113
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorney for Defendant WebBank*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMUEL ACEVEDO,<br><br>                 Plaintiff,<br><br>        v.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; CLARITY SERVICES, INC.; FIRST<br>SAVINGS BANK; NEW YORK STATE<br>CHILD SUPPORT SERVICES; WEBBANK;<br>and CITIBANK, N.A.,<br><br>                 Defendants. | Case No.:  2:24-CV-01132-JCM-NJK<br><br><br>**UNOPPOSED MOTION TO EXTEND<br>DEADLINE TO RESPOND TO<br>PLAINTIFF'S COMPLAINT** |

Defendant identified as WebBank, by and through its undersigned counsel, and reserving its right to assert any and all rights and/or defenses to this action, hereby files this Unopposed Motion for Extension of Time to Respond to Complaint, and in support states as follows:

1.      On June 20, 2024, Plaintiff filed the Complaint [ECF No. 1].  WebBank was served with Plaintiff's Complaint on June 24, 2024.  As such, WebBank's current deadline to respond to the Complaint is July 15, 2024.

2.      As soon as WebBank became aware of the Complaint, it endeavored to retain counsel for the defense of this matter.  The undersigned counsel was retained earlier this week.

3.      WebBank has undertaken (and continues to undertake) a good faith investigation into Plaintiff's allegations.  WebBank respectfully requests an extension of time to respond to the Complaint so that it (and/or newly retained counsel) may complete its investigation and prepare an appropriate response, as well as confer with Plaintiff's counsel regarding potential resolution.

4.      Counsel for WebBank has contacted counsel for Plaintiff regarding the requested extension, and counsel for Plaintiff has consented to the same.  As such, no party will be prejudiced by this Court granting the relief sought in this Motion.

5.      This is the first request for an extension of time for WebBank to file its responsive pleading.  The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

6.      This Motion is filed in good faith and not for purposes of delay.

WHEREFORE, WebBank respectfully requests that this Court enter an Order granting its Unopposed Motion for Extension of Time to Respond to Complaint and providing WebBank a 30-day extension, through and including August 14, 2024, to respond to the Complaint.


DATED this 10th day of July, 2024.


FREEDOM LAW FIRM, LLC

*/s/ Gerardo Avalos*
_____
Gerardo Avalos, Esq., NV Bar #15171
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Attorneys for Plaintiff Samuel Acevedo*

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
_____
Ramir M. Hernandez, Esq., NV Bar #13146
8773 W. Sunset Rd., Suite 220
Las Vegas, Nevada 89113
*Attorneys for Defendant WebBank*


IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: ___July 11, 2024___