1 | Joel E. Tasca, Esq.
Nevada Bar No. 14124
2 | Madeleine Coles
Nevada Bar No. 16216
3 | BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
4 | Las Vegas, Nevada 89135
Telephone:  702.471.7000
5 | Facsimile:  702.471.7070
tasca@ballardspahr.com
6 | colesm@ballardspahr.com

7 | *Attorneys for Defendant Citibank, N.A.*

8 | UNITED STATES DISTRICT COURT

9 | DISTRICT OF NEVADA

| | |
|---|---|
| Samuel Acevedo, | CASE NO. 2:24-cv-01132 |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CITIBANK, N.A. TO RESPOND TO COMPLAINT** |
| v. | |
| Equifax Information Services LLC; Experian Information Solutions, Inc.; Clarity Services, Inc.; First Savings Bank; New York State Child Support Services; WebBank and Citibank, N.A., | **(First Request)** |
| Defendants. | |

The current deadline for Defendant Citibank, N.A. to respond to Plaintiff Samuel Acevedo's complaint is July 12, 2024.  Citibank has requested, and Plaintiff has agreed, that Citibank shall have up to and including July 26, 2024, to respond to Plaintiff's complaint to provide time for Citibank to investigate the dispute alleged in the complaint and for the parties to discuss potential early resolution of the claims asserted against Citibank.

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

///

///

Dated: July 11, 2024

| BALLARD SPAHR LLP | FREEDOM LAW FIRM, LLC |
|---|---|
| By: /s/ Madeleine Coles | By: /s/ Gerardo Avalos |
| Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>8985 South Eastern Ave., Suite 100<br>Las Vegas, Nevada 89123 |
| *Attorneys for Defendant Citibank, N.A.* | *Attorneys for Plaintiff Samuel Acevedo* |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 12, 2024

DMFIRM #413059123 v1

2