Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant Citibank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Samuel Acevedo,<br><br>　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; Clarity Services, Inc.; First Savings Bank; New York State Child Support Services; WebBank and Citibank, N.A.,<br><br>　　Defendants. | CASE NO.  2:24-cv-01132<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CITIBANK, N.A. TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

The current deadline for Defendant Citibank, N.A. to respond to Plaintiff Samuel Acevedo's complaint is July 26, 2024.  Citibank has requested, and Plaintiff has agreed, that Citibank shall have up to and including August 9, 2024, to respond to Plaintiff's complaint to provide time for Citibank to investigate the dispute alleged in the complaint and for the parties to discuss potential early resolution of the claims asserted against Citibank.

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

///

///

IT IS SO ORDERED.
Dated:  July 29, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

DMFIRM #413230700 v1

Dated: July 26, 2024

| BALLARD SPAHR LLP | FREEDOM LAW FIRM, LLC |
|---|---|
| By: /s/ Madeleine Coles <br> Joel E. Tasca, Esq. <br> Nevada Bar No. 14124 <br> Madeleine Coles, Esq. <br> Nevada Bar No. 16216 <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada 89135 | By: /s/ Gerardo Avalos <br> Gerardo Avalos, Esq. <br> Nevada Bar No. 15171 <br> George Haines, Esq. <br> Nevada Bar No. 9411 <br> 8985 South Eastern Ave., Suite 100 <br> Las Vegas, Nevada 89123 |
| *Attorneys for Defendant Citibank, N.A.* | *Attorneys for Plaintiff Samuel Acevedo* |