WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorney for Defendant WebBank*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMUEL ACEVEDO,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CLARITY SERVICES, INC.; FIRST SAVINGS BANK; NEW YORK STATE CHILD SUPPORT SERVICES; WEBBANK; and CITIBANK, N.A.,<br><br>    Defendants. | Case No.: 2:24-CV-01132-JCM-NJK<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(Second Request)** |

Defendant identified as WebBank, by and through its undersigned counsel, and reserving its right to assert any and all rights and/or defenses to this action, hereby files this Unopposed Motion for Extension of Time to Respond to Complaint, and in support states as follows:

1. On July 10, 2024, WebBank filed its first Unopposed Motion to Extend Deadline to Respond to Plaintiff's Complaint, which explained that: (i) as soon as WebBank became aware of the Complaint, it endeavored to retain counsel for the defense of this matter, and retained undersigned counsel the week of WebBank's then-deadline to respond to the Complaint; and (ii) because WebBank and its newly retained counsel were continuing to undertake their good faith investigation into Plaintiff's allegations, prepare an appropriate response, and/or confer with Plaintiff's counsel regarding potential resolution, WebBank respectfully requested that its responsive pleading deadline be extended until August 14, 2024.

2. On July 11, 2024, this Court granted WebBank's first Unopposed Motion to Extend

1  Deadline to Respond to Plaintiff's Complaint, and as a result, WebBank's responsive pleading
2  deadline is currently August 14, 2024.

3        3.      Since this Court granted WebBank's first Unopposed Motion to Extend Deadline
4  to Respond to Plaintiff's Complaint, counsel for WebBank and counsel for Plaintiff have
5  exchanged information relevant to Plaintiff's allegations and also had preliminary settlement
6  discussions.  In fact, on August 8, 2024, counsel for Plaintiff provided counsel for WebBank with
7  certain information relevant to Plaintiff's allegations.  WebBank needs time to review and assess
8  this information.  Moreover, additional time would assist in furthering the parties' ongoing
9  settlement discussions.  As such, WebBank respectfully requests that its responsive pleading
10  deadline be extended until September 13, 2024.

11        4.      Counsel for WebBank has contacted counsel for Plaintiff regarding the requested
12  extension, and counsel for Plaintiff has consented to the same.  As such, no party will be prejudiced
13  by this Court granting the relief sought in this Motion.

14        5.      This is the second request for an extension of time for WebBank to file its
15  responsive pleading.  The extension is requested in good faith and is not for purposes of delay or
16  prejudice to any other party.

17        6.      This Motion is filed in good faith and not for purposes of delay.

18  /././
19  /././
20  /././
21  /././
22  /././
23  /././
24  /././
25  /././
26  /././
27  /././
28  /././

WHEREFORE, WebBank respectfully requests that this Court enter an Order granting its Unopposed Motion for Extension of Time to Respond to Complaint and providing WebBank a 30-day extension, through and including September 13, 2024, to respond to the Complaint.

DATED this 13th day of August, 2024.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
Ramir M. Hernandez, Esq., NV Bar #13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Defendant WebBank*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: August 13, 2024