George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Samuel Acevedo*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Samuel Acevedo, | Case No.: 2:24-cv-01132 |
| Plaintiff, | |
| v. | **Stipulation for dismissal of Citibank, N.A. with prejudice.** |
| Equifax Information Services LLC; Experian Information Solutions, Inc.; Clarity Services, Inc.; First Savings Bank; New York State Child Support Services; WebBank and Citibank, N.A., | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Samuel Acevedo and Citibank, N.A. stipulate to dismiss Plaintiff's claims against Citibank, N.A. with prejudice.

///
///
///
///
///

STIPULATION                                    - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 7, 2024.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Samuel Acevedo*

**BALLARD SPAHR LLP**

/s/ *David E. Chavez*
David E. Chavez, Esq.
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Counsel for Citibank, N.A.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: October 9, 2024